**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SANJAY SOOKUL on behalf of himself
and all others similarly situated,

                Plaintiffs,

         -against-

SAMARASCENTS, LLC.

                Defendant.

Case No.  1:23-cv-7235

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated:    Hicksville, New York
               October 6, 2023

                                      Respectfully Submitted,

                                      **/s/ Mars Khaimov**

Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

SO ORDERED.

October 10, 2023

                                By:    Mars Khaimov, Esq.
                                          100 Duffy Avenue, Suite 510
                                          Hicksville, New York 11801
                                          Tel (929) 324-0717
                                          Fax (929) 333-7774
                                          Email: mars@khaimovlaw.com
                                        *Attorney for Plaintiff*